IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CATHY RAY and            )
DEBBIE GONZALEZ,         )
                         )
     Plaintiffs,         )
                         )      CIVIL ACTION NO.
     v.                  )        2:18cv828-MHT
                         )            (WO)
PATE'S CHAPEL BAPTIST    )
CHURCH AND CEMETERY, et  )
al.,                     )
                         )
     Defendants.         )
```

OPINION

Plaintiffs filed this lawsuit asserting a variety of state and federal claims stemming from their efforts to place a headstone on their father's unmarked grave, a dispute about the location of their father's grave, and defendants' involvement in placing a headstone for plaintiffs' father on what plaintiffs contend is the wrong grave.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss plaintiffs' complaint be

granted and plaintiffs' complaint be dismissed with prejudice. Also before the court are plaintiffs' objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled because they were tardy as well as because they lack merit, and the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 4th day of March, 2021.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**