IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CATHY RAY and              )
DEBBIE GONZALEZ,           )
                           )
     Plaintiffs,           )
                           )      CIVIL ACTION NO.
     v.                    )       2:18cv828-MHT
                           )          (WO)
PATE'S CHAPEL BAPTIST      )
CHURCH AND CEMETERY, et    )
al.,                       )
                           )
     Defendants.           )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (Doc. 98) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 92) is adopted to the extent that the motions to dismiss will be granted for failure to state a claim upon which relief can be granted.

(3) Defendants' motions to dismiss (Doc. 43 & Doc. 73) are granted.

(4) This lawsuit is dismissed with prejudice for failure to state a claim upon which relief can be granted.

(5) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of March, 2021.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE