```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CATHY RAY and              )
DEBBIE GONZALEZ,           )
                           )
    Plaintiffs,            )
                           )      CIVIL ACTION NO.
    v.                     )        2:18cv828-MHT
                           )            (WO)
PATE'S CHAPEL BAPTIST      )
CHURCH AND CEMETERY, et    )
al.,                       )
                           )
    Defendants.            )
```

**JUDGMENT**

Pursuant to the opinion of the Eleventh Circuit Court of Appeals (Doc. 114), and because this court does not have subject-matter jurisdiction over this case, it is ORDERED that this case is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of February, 2022.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**